ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ronald W. Novotny    State Bar No. 100041
   RNovotny@aalrr.com
Kieran D. Hartley    State Bar No. 301947
   Kieran.Hartley@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Respondents STIX HOLDINGS, LLC and
STIX SFO LLC dba PICK UP STIX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITE HERE! LOCAL 2,<br><br>    Petitioner,<br><br>v.<br><br>STIX HOLDINGS, LLC; and STIX SFO LLC; d/b/a PICK UP STIX,<br><br>    Respondents. | **Case No.    3:23-cv-01498-RS**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PETITIONER'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CASE MANAGEMENT CONFERENCE** |

    Respondents Stix Holdings, LLC, and Stix SFO LLC, d/b/a Pick Up Stix ("Respondents") and Petitioner Unite Here! Local 2 ("Petitioner") (collectively "the Parties") by and through their respective counsel, hereby stipulate and respectfully request that the Court continue the Case Management Conference scheduled for 10:00 a.m. on July 20, 2023, and the hearing on Petitioner's Motion for Attorneys' Fees and Costs presently scheduled for July 27, 2023, to August 10, 2023 at 1:30 p.m. in Courtroom 3, Floor 17.

    WHEREAS, on June 16, 2023, Petitioner filed its Motion for Attorneys' Fees and Costs, and noticed it for hearing on July 27, 2023; and

    WHEREAS, counsel for Respondents is unavailable to attend the hearing on the Motion on July 27, 2023 due to a pre-planned out of state family vacation that week;

1. WHEREAS, the parties believe the interests of justice are best served by this brief extension of time;

2. WHEREAS, no prejudice will result from the continuance of the hearing on Petitioner's motion for attorneys' fees, and this extension will not delay or otherwise affect any other pending deadlines or court orders in place;

3. WHEREAS, this Stipulation is not being entered into for the purpose of delay, and no further continuances of the hearing on the motion or the Case Management Conference are presently contemplated; and

4. WHEREAS, the parties further desire to continue to Case Management Conference scheduled for 10:00 a.m. on July 20, 2023, to August 10, 2023, in order to avoid duplicate appearances before the Court

Now, therefore, IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. The hearing on Petitioner's Motion for Attorneys' Fees and Costs and Case Management Conference are hereby continued to August 10 at 1:30 p.m. in Courtroom 3, Floor 17. IT IS SO STIPULATED.

Dated: June 21, 2023                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: /S/
Ronald W. Novotny
Attorneys for Respondents STIX HOLDINGS, LLC and STIX SFO LLC dba PICK UP STIX

Dated: June 21, 2023                LEONARD CARDER, LLP

By: /S/
Emily M. Maglio
Micah Clatterbaugh
Attorneys for Petitioner
UNITE HERE! LOCAL 2

**Attestation Pursuant to Local Rule 5-1(h)**

Pursuant to Northern District Local Rule 5-1(h), I, Ronald W. Novotny, do attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: June 21, 2023                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO


By:   /S/
Ronald W. Novotny
Attorneys for Respondents STIX HOLDINGS, LLC and STIX SFO LLC dba PICK UP STIX

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

**ORDER**

GOOD CAUSE APPEARING THEREFORE and pursuant to the Stipulation of Parties to continue the hearing on Petitioner's Motion for Attorneys' Fees and Costs and Case Management Conference, **IT IS HEREBY ORDERED THAT**:

1. The hearing on Petitioner's Motion for Attorneys' Fees and Costs is continued to August 10 at 1:30 p.m. in Courtroom 3, Floor 17.

2. The Case Management Conference currently scheduled for July 20, 2023 is continued to August 10 at 1:30 p.m. in Courtroom 3, Floor 17.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/22/2023

Hon. Richard Seeborg
Chief United States District Judge

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

018222.00008
41612796.1

- 4 -
STIPULATION AND ORDER TO CONTINUE HEARING AND CMC